IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS, LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company, <br><br>    Plaintiffs, <br><br>vs. <br><br>DOES 1-12, <br><br>    Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   No. 4:08cv00618 SWW <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

  Before the Court is an application for leave to take immediate discovery [doc.#3]. Plaintiffs, record companies who own the copyrights to certain sound recordings, seek leave of this Court to serve limited, immediate discovery on a third party Internet Service Provider, Arkansas Tech University, to determine the true identities of Doe defendants, who are being

sued for copyright infringement.  Having considered the matter, the Court grants plaintiffs' motion.

      IT IS THEREFORE ORDERED that plaintiffs may serve immediate discovery on Arkansas Tech University to obtain the identity of each Doe defendant by serving a subpoena, pursuant to Fed.R.Civ.P. 45, that seeks documents that identify each Doe defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each defendant.  The subpoena may also seek all documents and electronically-stored information relating to the assignment of any IP address which Arkansas Tech University cannot link to a specific Doe defendant.  The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

      IT IS FURTHER ORDERED that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

      Dated this 18th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE