```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

ARISTA RECORDS LLC, ET AL

v.                              NO. 4:08cv00618 SWW

DOES 1-12

## ORDER OF DISMISSAL

Upon plaintiff's notice of dismissal of separate defendant, Doe #9, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed without prejudice as to separate defendant, Doe #9, also identified as ID #160169516 with IP address 69.65.181.211 2008-02-23 09:55:01 EST.

DATED this 22nd day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE