```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

ARISTA RECORDS LLC, ET AL

v.                          NO. 4:08CV00618 SWW

DOES 1-12

## ORDER OF DISMISSAL

Upon plaintiff's notice of dismissal of all remaining defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed without prejudice as to all remaining defendants, and each party is to bear its, his and her own fees and costs.

DATED this 12th day of September, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE